IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANDREW MARSO,<br><br>Plaintiff,<br><br>v.<br><br>SAFESPEED, LLC and VILLAGE OF NORTH RIVERSIDE, ILLINOIS,<br><br>Defendants. | Case No. 2:19-cv-02671-KHV-KGG |

### UNOPPOSED MOTION BY DEFENDANT VILLAGE OF NORTH RIVERSIDE TO RESET TRIAL DATE

NOW COMES Defendant, Village of North Riverside, Illinois ("the Village"), by and through its undersigned counsel, and respectfully submits the following Unopposed Motion to reset the trial date, as follows:

1. This matter was originally set for trial on November 7, 2022.

2. On April 14, 2022, this Court issued an Order that: "On its own motion, the Court hereby orders that trial in this case be advanced from 11/7/2022 to 10/17/2022 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil."

3. Counsel for the Village has another Trial scheduled to begin on October 24, 2022 in the Central District of Illinois, Court No. 20 cv 1037, *Holzhauer v. Town of Normal, Brian Williams, Tim Edmiaston, Jim Ferguson and Rick Bleichner*.

4. In that case Counsel for the Village represents the Town of Normal and three of its police officers, Tim Edmiaston, Jim Ferguson and Rick Bleichner. It is a Section 1983 case involving many police officer and civilian witnesses. It would be a hardship and prejudicial to

1

Mr. Hurd's clients to begin a trial for the Village on October 17, 2022, which may or may not be over before October 24, 2022, to then to be ready to try the Holzhauer case set to begin on October 24, 2022.

WHEREFORE, the Defendant, the Village of North Riverside, respectfully requests this Court reset the trial date of October 17, 2022.

Respectfully submitted,

DYSART TAYLOR COTTER
MCMONIGLE & BRUMITT, P.C.

By: */s/ Amanda Pennington Ketchum*
Amanda Pennington Ketchum (KS# 20559)
Anne Lindner Saghir (KS# 28394)
700 West 47th Street, Suite 410
Kansas City, Missouri 64112
(816) 931-2700 / Fax (816) 931-7377
aketchum@dysarttaylor.com
asaghir@dysarttaylor.com

Matthew A. Hurd (admitted pro hac vice)
ANCEL GLINK, P.C.
140 South Dearborn, Suite 600
Chicago, Illinois 60603
(312) 782-7606 / Fax (312) 782-0943
mhurd@ancelglink.com

ATTORNEYS FOR DEFENDANT
VILLAGE OF NORTH RIVERSIDE,
 ILLINOIS

4842-0256-4089, v. 1