# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| **ANDREW MARSO,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**SAFESPEED, LLC AND VILLAGE OF NORTH RIVERSIDE, ILLINOIS,**<br><br>　　**Defendant.** | **Case No. 19-CV-02671-KHV** |

## JUDGMENT IN A CIVIL CASE

☐　　Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒　　Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Orders (Doc. 186 and Doc. 187) filed August 2, 2022, judgment is entered in favor of defendants SafeSpeed, LLC and The Village of North Riverside, Illinois against the plaintiff Andrew Marso and this action is **DISMISSED**

　　　　　　　　　　　　　　　　　　　　　　　SKYLER O'HARA
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

Dated: August 3, 2022　　　　　　　　　　　*/s/  A. Harper*
　　　　　　　　　　　　　　　　　　　　　　　By Deputy Clerk